Case 8-24-71911-las    Doc 2-1    Filed 05/17/24    Entered 05/17/24 17:02:40

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 05/17/2024 |
| Case: 8−24−71911−las | Form ID: 309A | Total: 21 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Jin Wu Yu | 38 Kensington Circle    Manhasset, NY 11030 |
| tr | Marc A. Pergament | Marc A. Pergament, Trustee    400 Garden City Plaza    Ste 309    Garden City, NY 11530 |
| aty | William X Zou | Bill Zou & Associates PLLC    136−20 38th Avenue    Suite 10−D    Flushing, NY 11354 |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit    PO Box 5300    Albany, NY 12205 |
| smg | NYS Unemployment Insurance | Attn: Isolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 |
| smg | NYC Department of Finance | 345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201−3719 |
| smg | United States Trustee | Office of the United States Trustee    Long Island Federal Courthouse    560 Federal Plaza    Central Islip, NY 11722−4437 |
| 10344637 | BK 38th Lender LLC | c/o Andriola Law PLLC    1385 Broadway, 22nd Floor    New York, NY 10018 |
| 10344638 | Capital One | POB 4069    Carol Stream, IL 60197 |
| 10344639 | Chase Bank | POB 15123    Wilmington, DE 19850 |
| 10344640 | Classic Consulting Group Inc. d/b/a Access S | 120−01 Sutphin Blvd    Jamaica, NY 11434 |
| 10344642 | Hong Qin Jiang | c/o Law Office of Bing Li, LLC    1430 Broadway, Suite 1802    New York, NY 10018 |
| 10344641 | Hong Qin Jiang | c/o Law Offices of Bing Li, LLC    1430 Broadway, Suite 1802    New York, NY 10018 |
| 10344643 | Navigator Business Services LLC | c/o Silverman Shi & Byrne PLLC    88 Pine Street, 22nd Floor    New York, NY 10005 |
| 10344644 | ODK Capital, LLC | 4700 W. Daybreak Pkwy    Suite 200    South Jordan, UT 84009 |
| 10344645 | SH 168 LLC | 142−28 38 Avenue    7A    Flushing, NY 11354 |
| 10344646 | Small Business Administration | 2 North Street, Suite 320    Birmingham, AL 35203 |
| 10344647 | Small Business Financial Solutions, LLC | 4500 East West Highway    6th Floor    Bethesda, MD 20814 |
| 10344648 | Synchrony Bank | POB 71715    Philadelphia, PA 19176 |
| 10344649 | Xuping Funding LLC | 3808 Union Street    9D−B    Flushing, NY 11354 |
| 10344650 | Zhi Rong Lin | c/o Law Offices of Bing Li LLC    1430 Broadway, Suite 1802    New York, NY 10018 |

TOTAL: 21